FRONT STREET DEVELOPMENT
ASSOCIATES, L.P. and Joseph
Pacitti, Petitioners

v.

CONESTOGA BANK, David Butte,
Richard Elko, 130 Front Street L.P.
123 East LLC, Phillip McFillin, Na-
tional Realty Investment Advisors
LLC, the Local Development Compa-
ny, LLC and Grace Lutero, Respon-
dents

No. 240 EAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

254

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.